# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| KENNETH THOMAS, | Case No. 3:20-cv-00622-MMD-WGC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| R. RIVERA, *et al.*, | |
| Defendants. | |

Plaintiff seeks an extension of time to file his first amended complaint from July 17, 2021, to and October 17, 2021. (ECF No. 6 at 1). Plaintiff seeks the extension on the basis that "access to the prison law library is limited." (*Id.*) The Court grants the motion for extension of time in part. Plaintiff shall file his first amended complaint on or before Friday, August 20, 2021. If Plaintiff fails to file a timely first amended complaint, this action will be dismissed with prejudice for failure to state a claim. (*See* ECF No. 6 at 11.) Therefore,

IT IS ORDERED that the motion for extension of time (ECF No. 6) is **GRANTED**.

IT IS FURTHER ORDERED that Plaintiff shall file his first amended complaint on or before **Friday, August 20, 2021**.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely file his first amended complaint, this action may be dismissed with prejudice for failure to state a claim.

DATED THIS 6th day of July 2021.

*William G. Cobb*
UNITED STATES MAGISTRATE JUDGE